In the Matter of the Claim of IDA BARBOUR, Respondent, against BROADWAY WINDOW CLEANING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1929; decided October 15, 1929.)

*William F. McNulty, Harold R. Medina, Eugene A. Sherpick* and *Jeremiah Connor* for appellants.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.